# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**JAMES DERSAM,**                                                          **PLAINTIFF**
**ADC #662736**

**VS.**                         **4:20-cv-00816-BRW-JJV**

**ALISA MAYS, Food Service Supervisor; and**
**MALONE, Major, Pine Bluff Unit, ADC**                          **DEFENDANTS**

## ORDER

      I have reviewed the Partial Recommended Disposition (Doc. No 6) submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's Objections (Doc. No. 7). After carefully considering the objections and making a *de novo* review of the record, I approve and adopt the Partial Recommended Disposition in all respects.

      Accordingly, Plaintiff's equal protection claim against Defendant Mays is DISMISSED without prejudice, and Defendant Malone is DISMISSED without prejudice as a party to this lawsuit. I certify an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

      IT IS SO ORDERED this 13th day of August, 2020.

                                                         Billy Roy Wilson
                                                         UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).