# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**JAMES DERSAM,**                                                                                     **PLAINTIFF**
**ADC #662736**

**VS.**                                                  **4:20-cv-00816-BRW-JJV**

**ALISA MAYS,**
**Food Service Supervisor, Pine Bluff Unit, ADC**                              **DEFENDANT**

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 15) submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed, and the time to do so has passed. After careful review, I approve and adopt the Recommended Disposition in all respects.

Accordingly, Defendant's motion for summary judgment (Doc. No. 11) is GRANTED, Plaintiff's retaliation claim against Defendant Mays is DISMISSED without prejudice, and this case is CLOSED. I certify an *in forma pauperis* appeal from this Order would not be taken in good faith.[1]

IT IS SO ORDERED this 21st day of October, 2020.


                                                                    ]Billy Roy Wilson_____
                                                                    UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).

1