# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**JAMES DERSAM,**　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #662736**

**VS.**　　　　　　　　　　　**4:20-cv-00816-BRW-JJV**

**ALISA MAYS,**
**Food Service Supervisor, Pine Bluff Unit, ADC**　　　　　　　　　　　**DEFENDANT**

## **JUDGMENT**

Based on the Order entered today, this case is dismissed without prejudice.   I certify that an *in forma pauperis* appeal would not be taken in good faith.[1]

IT IS SO ORDERED this 21st day of October, 2020.

　　　　　　　　　　　　　　　　　　　　　　　]Billy Roy Wilson_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

---

[1]   28 U.S.C. § 1915(a)(3).

1